

CREATING
LAW
ENFORCEMENT
ACCOUNTABILITY &
RESPONSIBILITY

Main Street Legal Services, Inc.
CUNY School of Law
2 Court Square
Long Island City, NY 11101-4356
www.cunyclear.org

May 23, 2023

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Tanvir v. Tanzin*, Docket No. 23-738

Dear Ms. Wolfe:

Pursuant to Local Rule 31.2, Appellants Muhammad Tanvir, Jameel Aligbhah, and Naveed Shinwari respectfully request a deadline for filing their opening brief of July 28, 2023, which is within 91 days after the ready date.

Very truly yours,

  /s/ Naz Ahmad

Naz Ahmad
CLEAR Project
Main Street Legal Services, Inc.
CUNY School of Law
2 Court Square
Long Island City, NY 11101
(718) 340-4630
naz.ahmad@law.cuny.edu

*Counsel for Appellants*

cc: Benjamin Torrance, Assistant United States Attorney (via ECF)
    Sarah Shieve Normand, Assistant United States Attorney (via ECF)
    Jennifer Ellen Blain, Assistant United States Attorney (via ECF)

(t) 718.340.4558
(f) 718.340.4533
(e) cunyclear@law.cuny.edu

