# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of June, two thousand twenty-three.

Before:     William J. Nardini,
                 *Circuit Judge,*

_____

Muhammad Tanvir, Jameel Algibhah, Naveed Shinwari,

         Plaintiffs - Appellants,

v.

"John" Tanzin, Special Agent, FBI, Sanya Garcia, Special Agent FBI, Francisco Artousa, John LNU, Special Agent, FBI, Steven LNU, John C. Harley, III, Michael LNU, Gregg Grossoehmig, Weysan Dun, James C. Langenberg, John Does, 1-6, Special Agent FBI,

         Defendants – Appellees.

_____

**ORDER**

Docket No. 23-738

     Appellants move for the removal of this case from the Expedited Appeals Calendar and to proceed according to their previously filed Local Rule 31.2 scheduling notification. The motion is unopposed.

     IT IS HEREBY ORDERED that the motion is GRANTED, absent objection.

                                               For the Court:
                                             Catherine O'Hagan Wolfe,
                                             Clerk of Court

