

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 8, 2023

**By ECF**
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>Tanvir v. Comey</u>
            Docket No. 23-738

Dear Ms. Wolfe:

    Pursuant to this Court's Local Rule 31.2(a), defendants-appellees respectfully request a deadline of October 27, 2023, for the filing of their brief in the above-named appeal. The requested deadline is 91 days from July 28, 2023, the date plaintiffs-appellants filed their brief.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney for the
                      Southern District of New York

By:    <u>/s/ Sarah S. Normand</u>
       SARAH S. NORMAND
       ELLEN BLAIN
       Assistant United States Attorneys
       Telephone: (212) 637-2709/2743
       E-mail: sarah.normand@usdoj.gov
                  ellen.blain@usdoj.gov

cc:    Counsel of Record
       **By ECF**